

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00573-CR

Richard Dino **GONZALES**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17670
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 28, 2022.

_____
Rebeca C. Martinez, Chief Justice